IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CHIRSTOPHER STEWART | 1:05-mc-00106 |

PETITION FOR REMISSION OF FINE

Plaintiff United States of America (the "Government") petitions the Court under 18 U.S.C. § 3573 to remit the interest component of Defendant Christopher Stewart's fine. Due to the following, further collection activity in this case is not likely to be effective or, as the Government submits, remission is in the interest of justice:

A. Due to injury, from March 8, 2007 to present Defendant has been unable to work. Ongoing complications and treatment have kept Defendant unemployed.

B. At present, the outstanding balance on Defendant's fine is $3,977.44, of which $772 is principal and $3,202.44 is interest.

C. On July 23, 2008, Defendant's supervised release expires. Based on his payment history, the Government expects that by that date, Defendant will have paid off his principal obligation in full. Only interest will remain.

D. United States Probation Officer Kathleen Hopkins reviewed Defendant's financial condition and concludes that collection of Defendant's debt beyond the principal obligation will be difficult and ineffective and will impose undue hardship in light of Defendant's injury. Officer Hopkins opines that remission of the interest component of Defendant's debt – remission of $3,202.44 – is appropriate in this case.

For the reasons set forth above, the Government respectfully requests that this Court remit $3,202.44 from Defendant's fine.

Granted.
Mary M. Lisi
US DJ July 24, 2008

Respectfully submitted,

UNITED STATES OF AMERICA,
Defendant

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
MILIND M. SHAH
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: milind.m.shah@usdoj.gov

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 1st day of July, 2008, I electronically filed the within Petititon for Remission of Fine with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System.:

The Petition was forwarded to following participant via first class mail:

Christopher J. Stewart
438 Dyer Avenue
Cranston, Rhode Island 02920

/s/ Milind M. Shah
MILIND M. SHAH
Assistant United States Attorney